DISTRICT COURT OF THE STATE OF NEW YORK
COUNTY OF SOUTHERN

Maverick Process 516-693-1100
38540

SARAH WOLINKSY,

| | |
|---|---|
| Petitioner(s) | ATTORNEY: GOLDBERG |
| Plaintiff(s) | RETURN DATE |
| | INDEX NO: 11 CIV 5917 |
| | INDEX DATE: 8/23/2011 |
| | FILE NUMBER |

- against -

SCHOLASTIC, INC.,

| | |
|---|---|
| Defendant(s) | 3rd PARTY INDEX# |
| Respondent(s) | HON. HOLWELL |

**AFFIDAVIT OF SERVICE**

SS:

STATE OF NEW YORK: COUNTY OF NASSAU
THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 9/19/2011 at 2:30 PM at 557 BROADWAY, NEW YORK, NY 10012
deponent served the within SUMMONS IN A CIVIL ACTION, COMPLAINT AND JURY DEMAND, INDIVIDUAL PRATICES OF JUDGE RICHARD J. HOLWELL, INDIVIDUAL PRATICES OF OF MAGISTRATE JUDGE GABRIEL W. GORENSTEIN, AND ELECTRONIC CASE FILING RULES & INSTRUCTIONS upon

SCHOLASTIC, INC.

☑ Said Documents Were Properly Endorsed with the Index Number and Date of Filing thereon

witness/defendant/respondent (hereafter called the recipient) therein named.

A. Individual ☐ By Personally delivering to and leaving with said individual, and that he knew the person so served and described as recipient therein and that he knew the person

B. Corp/Prtnshp ☑ By delivering to and leaving with HEATHER IRVING so served and authorized to accept service to ☐ an officer ☐ Director ☑ managing agent or general agent ☐ cashier ☐ AsstCashier
☐ Agent authorized by appointment or by law to receive service.

C. Suitable Age Person ☐ By delivering thereat a true copy of each to a person of suitable age and discretion.
Said premises is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state

D. Affixing to Door, Etc. ☐ By affixing a true copy of each to the door of said premises, which is recipient's ☐ actual place of business ☐ dwelling place
☐ usual place of abode within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age discretion, thereat, having called there
@ , @ who stated that recipient ☐ lived ☐ worked there.

E. Mailing W/B,C or ☐ Deponent talked to
On Deponent completed said service under the last two sections by mailing a copy of the above named process by First Class Mail addressed to the witness/defendant/respondent to the above address of service which is recipient's: ☐ last known residence ☐ actual place of business (with additional endorsement of Personal and Confidential on face of envelope.)
☐ RPAPL 735 An additional mailing by Certified Mail was made to the respondent at the premise sought to be recovered.

F. DRL Sec232 ☐ The required notice was legibly printed on the face of the summons. I identified the defendant by description provided by plaintiff and/or photograph annexed hereto which was provided by the plaintiff.

G. Description ☑

| SEX | SKIN COLOR | HAIR COLOR | AGE (approx.) | HEIGHT (approx.) | WEIGHT (approx.) |
|---|---|---|---|---|---|
| F | BLACK | GRAY | 40 | 5'7" | 160 |

OTHER

Sec.8001Fee ☐ A fee of $0.00, pursuant to CPLR Section 8001, was tendered to the witness.

Military ☐ Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not.

Sworn Before me this day 21 of
SEPTEMBER 2011

(NOTARY PUBLIC)

YESENIA. GOMEZ
NOTARY PUBLIC, State of New York
No. 01GO6233787
Qualified in Nassau County
Commission Expires on 12/27/2014

SUPREME ALLAH #1284585