/07/11   12:47PM    LAW      6464528663                    p.01

Holwell, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

SARAH WOLINSKY,

                     Plaintiff,

    -against-                                 Civ. No.: CV-11-05917
                                                  Holwell, J.

SCHOLASTIC INC.,

                     Defendant.

------------------------------------------------------X

OCT 11 2011

### STIPULATION EXTENDING DEFENDANT'S TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

       WHEREAS Plaintiff served the Complaint in this matter upon Defendant on September 19, 2011, and the date by which Defendant must answer, move or otherwise respond to the Complaint is currently October 10, 2011; and

       WHEREAS no previous extension of this deadline has been sought by Defendant;

       IT HEREBY IS STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and Defendant, as follows:

       (1)    the date by which Defendant must answer, move or otherwise respond to the Complaint hereby is extended from October 10, 2011 to and including October 24, 2011.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/12/11

| | |
|---|---|
| LAW OFFICES OF<br>LAUREN GOLDBERG PLLC<br>*ATTORNEYS FOR PLAINTIFF*<br>501 Fifth Avenue, 19th Floor<br>New York, New York  10017<br>(646) 452-8380 | JACKSON LEWIS LLP<br>*ATTORNEYS FOR DEFENDANT*<br>58 South Service Road, Suite 410<br>Melville, New York  11747<br>(631) 247-0404 |
| By: _____<br>Lauren Goldberg, Esq. | By: _____<br>Wendy J. Mellk, Esq.<br>Noel P. Tripp, Esq. |
| Dated: 10/7/11 | Dated: 10/7/11 |

SO ORDERED on this 12 day of Oct., 2011

_____
United States District Judge

4836-8495-0027, v. 1