Holwell, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

SARAH WOLINSKY,

                              Plaintiff,

      -against-                           Civ. No.: CV-11-05917
                                                  Holwell, J.

SCHOLASTIC INC.,

                              Defendant.

------------------------------------------------------------X

**STIPULATION EXTENDING DEFENDANT'S TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

WHEREAS Plaintiff served the Complaint in this matter upon Defendant on September 19, 2011, and the date by which Defendant must answer, move or otherwise respond to the Complaint is currently October 24, 2011; and

WHEREAS no previous extension of this deadline has been sought by Defendant;

IT HEREBY IS STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and Defendant, as follows:

(1) the date by which Defendant must answer, move or otherwise respond to the Complaint hereby is extended from October 24, 2011 to and including October 26, 2011.

RECEIVED OCT 25 2011 CHAMBERS OF RICHARD J. HOLWELL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/3/11



| LAW OFFICES OF | JACKSON LEWIS LLP |
| --- | --- |
| LAUREN GOLDBERG PLLC | *ATTORNEYS FOR DEFENDANT* |
| *ATTORNEYS FOR PLAINTIFF* | 58 South Service Road, Suite 410 |
| 501 Fifth Avenue, 19th Floor | Melville, New York  11747 |
| New York, New York   10017 | (631) 247-0404 |
| (646) 452-8380 | |

By: _____     By: _____
    Lauren Goldberg, Esq                     Wendy J. Mellk, Esq.
                                             Noel P. Tripp, Esq.

Dated: _____     Dated  10·24·11

SO ORDERED on this __2__ day of Nov, 2011

_____
United States District Judge

4838-4206-4909, v. 1