

Representing Management Exclusively in Workplace Law and Related Litigation

| Jackson Lewis LLP | ALBANY, NY | DETROIT, MI | MILWAUKEE, WI | PORTLAND, OR |
| 58 South Service Road | ALBUQUERQUE, NM | GREENVILLE, SC | MINNEAPOLIS, MN | PORTSMOUTH, NH |
| Suite 410 | ATLANTA, GA | HARTFORD, CT | MORRISTOWN, NJ | PROVIDENCE, RI |
| Melville, New York 11747 | BALTIMORE, MD | HOUSTON, TX | NEW ORLEANS, LA | RALEIGH-DURHAM, NC |
| Tel 631 247-0404 | BIRMINGHAM, AL | INDIANAPOLIS, IN | NEW YORK, NY | RICHMOND, VA |
| Fax 631 247-0417 | BOSTON, MA | JACKSONVILLE, FL | NORFOLK, VA | SACRAMENTO, CA |
| www.jacksonlewis.com | CHICAGO, IL | LAS VEGAS, NV | OMAHA, NE | SAN DIEGO, CA |
| | CINCINNATI, OH | LONG ISLAND, NY | ORANGE COUNTY, CA | SAN FRANCISCO, CA |
| | CLEVELAND, OH | LOS ANGELES, CA | ORLANDO, FL | SEATTLE, WA |
| | DALLAS, TX | MEMPHIS, TN | PHILADELPHIA, PA | STAMFORD, CT |
| | DENVER, CO | MIAMI, FL | PHOENIX, AZ | WASHINGTON, DC REGION |
| | | | PITTSBURGH, PA | WHITE PLAINS, NY |

DIRECT DIAL: (631) 247-4661
EMAIL ADDRESS: TRIPPN@JACKSONLEWIS.COM

May 25, 2012

**VIA FACSIMILE (212-805-4268)**

Hon. Magistrate Judge Gabriel W. Gorenstein
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#: _____
DATE FILED: 5/25/12

MEMORANDUM ENDORSED

    Re: *Sarah Wolinsky v. Scholastic, Inc.*
      Civil Case No.: 11-5917

Dear Magistrate Judge Gorenstein:

  We are counsel to Defendant in the above matter, and write in behalf of both parties pursuant to the Court's Order dated May 8, 2012, instructing the parties to contact Your Honor by May 25, 2012 to schedule a settlement conference. Dkt. 15. We are pleased to report that the parties have reached agreement in principle, and jointly request that Your Honor "so order" this letter, granting the parties two (2) weeks to submit dismissal paperwork to Judge Furman.

          Respectfully,

          JACKSON LEWIS LLP

         Noel P. Tripp

*Granted.*

NPT:dc

cc: Noel P. Tripp, Esq. (internal)
   Lauren Goldberg, Esq. (via electronic mail)
   Hon. Judge Jesse M. Furman (via electronic mail)

SO ORDERED: DATE 5/25/2012
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

4833-1657-4223, v. 1