UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

SARAH WOLINSKY,

                Plaintiff,

-v-

SCHOLASTIC, INC.,

                Defendant.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/9/12

11 Civ. 5917 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

       On June 20, 2012, the parties submitted a joint letter to the Court explaining the basis for their proposed settlement of this case, which includes a claim under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.* (Docket No. 19). The Court issued an Opinion and Order on July 5, 2012, indicating that it was inclined to approve the parties' proposed settlement agreement, but for the fact that it contained a confidentiality provision. *See Wolinsky v. Scholastic Inc.*, 11 Civ. 5917 (JMF), 2012 WL 2700381, at *3 (S.D.N.Y. July 5, 2012). The Court directed the parties either to submit a revised settlement agreement for review that did not contain a confidentiality provision or to inform the Court that they intended to abandon their settlement and continue to litigate this action.

       On August 3, 2012, the parties filed a new settlement agreement, along with a letter confirming that the agreement no longer contains a confidentiality provision. (Docket No. 21). The Court has reviewed the revised settlement agreement and finds it to be fair and reasonable. *See Wolinsky*, 2012 WL 2700381, at *2 (S.D.N.Y. July 5, 2012) (identifying factors a court may consider in evaluating the fairness and reasonableness of a proposed FLSA settlement). Accordingly, the Court approves the settlement and dismisses the case with prejudice.

       The Clerk of Court is directed to close this case. All pending motions are moot.

SO ORDERED.

Dated: August 9, 2012
       New York, New York

                                          JESSE M. FURMAN
                                          United States District Judge